IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:22-CV-319-D

| | |
|---|---|
| SYSCO MACHINERY CORP., ) <br> a Taiwan Corporation, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CYMTEK SOLUTIONS, INC., et al. ) <br> ) <br> Defendants. ) | **ORDER** |

On September 29, 2022, defendant DCS USA Corporation ("DCS") moved to strike plaintiff Sysco Machinery Corp.'s ("Sysco") motion for a temporary restraining order, moved for a protective order, and moved for sanctions [D.E. 22].

For good cause shown, DCS's motion for a protective order [D.E. 22] is GRANTED. Sysco's counsel SHALL REFRAIN from any further contact with any employees or representatives of DCS without its counsel present. Not later than October 13, 2022, Sysco's counsel SHALL DISCLOSE to DCS's counsel any communications it has had, or which has been had on its behalf or at its direction, with any employee or representative of DCS since August 11, 2022.

DCS's motion to strike is DENIED as moot. DCS's motion for sanctions remains under advisement.

SO ORDERED. This _3_ day of October, 2022.

                                                                         JAMES C. DEVER III
                                                                         United States District Judge