IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:22-CV-319-D

| | | |
|---|---|---|
| SYSCO MACHINERY CORP., ) | | |
| a Taiwan Corporation, ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | **ORDER** |
| ) | | |
| CYMTEK SOLUTIONS, INC., et al. ) | | |
| ) | | |
| Defendants. ) | | |

On September 27, 2022, plaintiff Sysco Machinery Corp. moved for a temporary restraining order against all defendants [D.E. 20]. Having reviewed the record and governing legal standard, the court DENIES the motion [D.E. 20].

SO ORDERED. This __3__ day of October, 2022.

                                              JAMES C. DEVER III
                                              United States District Judge